FILED
November 12, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 2:15-mj-00218-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| MICHELE GAYLE FEE, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MICHELE GAYLE FEE, Case No. 2:15-mj-00218-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $5,000.00.

    _X_  Co-Signed Unsecured Appearance Bond

    ___  Secured Appearance Bond

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The Defendant was ordered to appear in the Southern District of Mississippi on 11/30/2015 at 1:30 p.m. before Magistrate Judge Robert H. Walker.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/12/2015  at  2:16 p.m.

By  _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge